FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIO CHACON HERNANDEZ, | No. CV 06-7519-JFW (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| VICTOR M. ALMAGER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/29/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE